IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALISON M. ABELS,

     Plaintiff,                     No. CIV S-11-2904 JAM EFB PS

     vs.

BANK OF AMERICA, N.A., et al.,

     Defendants.               ORDER
_____/

     Plaintiff, proceeding in pro se, originally requested leave to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915.[1]  Dckt. No. 2.  Section 1915 authorizes the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that she is unable to pay such costs or give security therefor.[2]  28 U.S.C. § 1915(a)(1); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948) (stating that an *in forma pauperis* applicant must demonstrate that because of her poverty, she

---

[1] This matter was referred to the undersigned by Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

[2] Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).

1

1  cannot meet court costs and still provide herself and her dependents with the necessities of life. .

2       Here, although plaintiff originally submitted an affidavit in support of her application to
3  proceed *in forma pauperis*, on December 5, 2011, she paid the $350.00 filing fee.  In light of that
4  payment, plaintiff's application to proceed *in forma pauperis*, Dckt. No. 2, is deemed withdrawn.
5  However, if plaintiff is unable to pay other costs associated with this action, she may re-file her
6  application to proceed *in forma pauperis*.  Any further *in forma pauperis* application must
7  indicate which court costs plaintiff is unable to pay and must be supported by an affidavit
8  showing that she is unable to pay those costs.

9       SO ORDERED.

10 DATED: December 13, 2011.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE