IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALISON M. ABELS,

        Plaintiff,　　　　　　　　　　No. CIV S-11-2904 JAM EFB PS

   vs.

BANK OF AMERICA, N.A., et al.,

        Defendants.　　　　　　　　　ORDER

_____/

       This action, in which plaintiff is *pro se*, was referred to the undersigned under Eastern District of California Local Rule 302(c)(21). On January 27, 2012, plaintiff filed a request for an order granting her permission to file documents in this case electronically. Dckt. No. 8. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

       Although plaintiff's request for leave to file electronically does not so indicate, it appears a stipulation could not be had, as provided in Local Rule 133(b)(3), since defendants have not

1

1 yet appeared in this action. Additionally, although the request does not provide specific reasons
2 for the exception, plaintiff does indicate that she "agrees to follow the Federal and Local Rules
3 of Court and will meet the technical requirements for e-filing documents in this Court." Dckt.
4 No. 8. It also appears from the docket that plaintiff's post office box is located in Berkeley,
5 California. Therefore, the undersigned finds that plaintiff should be permitted to utilize the
6 court's electronic filing and case management system ("CM/ECF"), and plaintiff's request for
7 leave to file electronically will be granted. The Clerk of Court will contact plaintiff in order to
8 facilitate her participation in the CM/ECF system.

9       Accordingly, IT IS HEREBY ORDERED that:

10       1. Plaintiff's request for leave to file electronically in this action, Dckt. No. 8, is granted.

11       2. The Clerk of Court shall contact plaintiff in order to facilitate plaintiff's participation
12 in the CM/ECF system.

13       SO ORDERED.

14 DATED: February 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE