1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALISON M. ABELS,

11              Plaintiff,                    No. CIV S-11-2904 JAM EFB PS

12        vs.

13   BANK OF AMERICA, N.A., et al.,

14              Defendants.                   ORDER
                                    /
15

16        This action, in which plaintiff is *pro se*, was referred to the undersigned under Eastern

17   District of California Local Rule 302(c)(21).  On January 27, 2012, plaintiff filed a request for an

18   order granting her permission to file documents in this case electronically.  Dckt. No. 8.  The

19   Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except

20   with the permission of the assigned Judge or Magistrate Judge."  E.D. Cal. L.R. 133(b)(2).

21   "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as

22   stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting

23   out an explanation of reasons for the exception.  Points and authorities are not required, and no

24   argument or hearing will normally be held."  E.D. Cal. L.R. 133(b)(3).

25        Although plaintiff's request for leave to file electronically does not so indicate, it appears

26   a stipulation could not be had, as provided in Local Rule 133(b)(3), since defendants have not

yet appeared in this action.  Additionally, although the request does not provide specific reasons
for the exception, plaintiff does indicate that she "agrees to follow the Federal and Local Rules
of Court and will meet the technical requirements for e-filing documents in this Court."  Dckt.
No. 8.  It also appears from the docket that plaintiff's post office box is located in Berkeley,
California.  Therefore, the undersigned finds that plaintiff should be permitted to utilize the
court's electronic filing and case management system ("CM/ECF"), and plaintiff's request for
leave to file electronically will be granted.  The Clerk of Court will contact plaintiff in order to
facilitate her participation in the CM/ECF system.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to file electronically in this action, Dckt. No. 8, is granted.

2.  The Clerk of Court shall contact plaintiff in order to facilitate plaintiff's participation
in the CM/ECF system.

SO ORDERED.

DATED:  February 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2