BRYAN CAVE LLP
C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
Joseph J. Poppen, California Bar No. 239282
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   scott.greene@bryancave.com
   bahareh.mostajelean@bryancave.com
   joseph.poppen@bryan cave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.;  U.S. BANK NATIONAL ASSOCIATION;  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS)"; RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON ABELS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, ("MERS"), RECONTRUST COMPANY, N.A., CHARMAINE DUDEVOIR-BOTTINI and all persons known claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-2904 JAM EFB PS<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE TO DISMISS THE CASE IN ITS ENTIRETY**<br><br>Judge:   Honorable Edmund F. Brennan<br><br>Date Action Filed:   November 3, 2011<br>Trial Date:   None Set |

SF01DOCS\58661.1                  1
ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE TO DISMISS THE CASE IN ITS ENTIRETY

**ORDER**

Based on the Joint Stipulation and Proposed Order to extend time for Defendants to move to dismiss the case in its entirety and to continue the initial scheduling conference, IT IS HEREBY ORDERED THAT:

1) The deadline for Defendants to file a motion to dismiss the case in its entirety, or other response to plaintiff's first amended complaint, is continued until and including July 2, 2012;

2) The initial scheduling conference currently set to be heard on July 18, 2012 is continued to September 26, 2012 at 10:00 a.m. in Courtroom No. 24; and

3) On or before September 12, 2012, the parties shall file status reports, as provided in the court's December 5, 2011 order, Dckt. No. 4.

SO ORDERED.

Date: May 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE