1   BRYAN CAVE LLP
    C. Scott Greene, California Bar No. 277445
2   Bahareh Mostajelean, California Bar No. 258903
    Joseph J. Poppen, California Bar No. 239282
3   333 Market Street, 25th Floor
    San Francisco, CA 94105
4   Telephone:     (415) 675-3400
    Facsimile:     (415) 675-3434
5   Email:         scott.greene@bryancave.com
                   bahareh.mostajelean@bryancave.com
6                  joseph.poppen@bryan cave.com

7   Attorneys for Defendant
    BANK OF AMERICA, N.A.;  U.S. BANK NATIONAL ASSOCIATION;  MORTGAGE
8   ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS (MERS)"; RECONTRUST COMPANY, N.A.

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  ALISON ABELS,                          Case No. 2:11-CV-2904 JAM EFB PS

14              Plaintiff,                  **ORDER APPROVING JOINT
                                            STIPULATION TO EXTEND TIME
                                            FOR DEFENDANTS TO MOVE TO
15          v.                              DISMISS THE CASE IN ITS ENTIRETY**

16  BANK OF AMERICA, N.A., U.S. BANK
    NATIONAL ASSOCIATION, MORTGAGE
17  ELECTRONIC REGISTRATION SYSTEMS,       Judge:     Honorable Edmund F. Brennan
    ("MERS"), RECONTRUST COMPANY, N.A.,
18  CHARMAINE DUDEVOIR-BOTTINI and all     Date Action Filed:    November 3, 2011
    persons known claiming any legal or equitable   Trial Date:     None Set
19  right, title estate, lien or interest in the property
    described in the complaint adverse to plaintiff's
20  title or any cloud on Plaintiff's title thereto and
    Does 1 through 100, inclusive,
21
                Defendants.
22

23

24

25

26

27

28

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94111-5907

**<u>ORDER</u>**

Based on the Joint Stipulation and Proposed Order to extend time for Defendants to move to dismiss the case in its entirety and to continue the initial scheduling conference, IT IS HEREBY ORDERED THAT:

1)   The deadline for Defendants to file a motion to dismiss the case in its entirety, or other response to plaintiff's first amended complaint, is continued until and including July 2, 2012;

2)   The initial scheduling conference currently set to be heard on July 18, 2012 is continued to September 26, 2012 at 10:00 a.m. in Courtroom No. 24; and

3)   On or before September 12, 2012, the parties shall file status reports, as provided in the court's December 5, 2011 order, Dckt. No. 4.

SO ORDERED.

Date: May 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94111-5907