1  BRYAN CAVE LLP
   C. Scott Greene, California Bar No. 277445
2  Bahareh Mostajelean, California Bar No. 258903
   Joseph J. Poppen, California Bar No. 239282
3  333 Market Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
5  Email:        scott.greene@bryancave.com
                 bahareh.mostajelean@bryancave.com
6                joseph.poppen@bryan cave.com

7  Attorneys for Defendant
   BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE
8  ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS (MERS)"; RECONTRUST COMPANY, N.A.
9

10                      **UNITED STATES DISTRICT COURT**

11                      **EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| ALISON ABELS, | Case No. 2:11-CV-2904 JAM EFB PS |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE TO DISMISS THE CASE IN ITS ENTIRETY** |
| v. | |
| BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, ("MERS"), RECONTRUST COMPANY, N.A., CHARMAINE DUDEVOIR-BOTTINI and all persons known claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100, inclusive, | Judge:   Honorable Edmund F. Brennan |
| | Date Action Filed:   November 3, 2011 |
| | Trial Date:    None Set |
| Defendants. | |

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, CA 94111-3907*

**ORDER**

Based on the Joint Stipulation and Proposed Order to extend time for Defendants to move to dismiss the case in its entirety, Dckt. No. 29, IT IS HEREBY ORDERED THAT the deadline for Defendants to file a motion to dismiss the case in its entirety is continued until and including August 2, 2012.

SO ORDERED.

Date:  June 29, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE