1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALISON M. ABELS,

11            Plaintiff,                    No. 2:11-cv-2904-JAM-EFB PS

12        vs.

13   BANK OF AMERICA, N.A., et al.,

14            Defendants.                   ORDER TO SHOW CAUSE
     _____/

15

16        This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On August 2,

18   2012, defendants Bank of America, N.A., U.S. Bank National Association, Mortgage Electronic

19   Registration Systems, Inc., and ReconTrust Company, N.A. filed a motion to dismiss plaintiff's

20   first amended complaint, and noticed the motion for hearing on September 19, 2012.  Dckt. No.

21   31.

22        Court records reflect that plaintiff has not filed an opposition or a statement of

23   non-opposition to the motion to dismiss.  Local Rule 230(c) provides that opposition to the

24   granting of a motion, or a statement of non-opposition thereto, must be served upon the moving

25   party, and filed with this court, no later than fourteen days preceding the noticed hearing date or,

26   in this instance, by September 5, 2012.  Local Rule 230(c) further provides that "[n]o party will

1

1  be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has

2  not been timely filed by that party."

3        Local Rule 183, governing persons appearing in pro se, provides that failure to comply

4  with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal,

5  judgment by default, or other appropriate sanction.  Local Rule 110 provides that failure to

6  comply with the Local Rules "may be grounds for imposition by the Court of any and all

7  sanctions authorized by statute or Rule or within the inherent power of the Court."  *See also*

8  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules

9  is a proper ground for dismissal.").  Pro se litigants are bound by the rules of procedure, even

10  though pleadings are liberally construed in their favor.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th

11  Cir. 1987).

12        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

13        1.  The hearing on defendants' motion to dismiss, Dckt. No. 31, is continued to October

14  17, 2012 at 10:00 a.m. in Courtroom No. 24.

15        2.  Plaintiff shall show cause, in writing, no later than October 3, 2012, why sanctions

16  should not be imposed for failure to timely file an opposition or a statement of non-opposition to

17  the pending motion.

18        3.  Plaintiff shall file an opposition to the motion, or a statement of non-opposition

19  thereto, no later than October 3, 2012.

20        4.  Failure of plaintiff to file an opposition to the motion will be deemed a statement of

21  non-opposition thereto, and may result in a recommendation that this action be dismissed for

22  lack of prosecution and/or for failure to comply with court orders and this court's Local Rules.

23  *See* Fed. R. Civ. P. 41(b).

24        5.  Defendants may file a reply to plaintiff's opposition, if any, on or before October 10,

25  2012.

26  ////

6.  The status (pretrial scheduling) conference currently set for September 26, 2012 is continued to December 19, 2012 at 10:00 a.m. in Courtroom No. 24.

7.  On or before December 5, 2012, the parties shall file status reports in accordance with the December 5, 2011 order.

SO ORDERED.

DATED:  September 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE