1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALISON M. ABELS,

11          Plaintiff,                    No. 2:11-cv-2904-JAM-EFB PS

12     vs.

13   BANK OF AMERICA N.A.; U.S. BANK
     NATIONAL ASSOCIATION; MORTGAGE
14   ELECTRONIC REGISTRATIONS
     SYSTEMS ("MERS"); RECONTRUST
15   COMPANY, N.A; CHARMAINE
     DUDEVOIR-BOTTINI and all persons          ORDER
16   unknown claiming any legal or equitable
     right, title estate, lien or interest in the
17   property described in the complaint adverse
     to plaintiff's title or any cloud on Plaintiff's
18   title thereto and Does 1 through 100 inclusive,

19          Defendants.
     _____/
20

21          On March 20, 2013, the magistrate judge filed findings and recommendations

22   herein which were served on the parties and which contained notice that any objections to the

23   findings and recommendations were to be filed within fourteen days.  Defendants filed objections

24   on April 3, 2013, and they were considered by the undersigned.

25          This court reviews de novo those portions of the proposed findings of fact to

26   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

1

1  Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

2  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

3  the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

4  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

5  reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir.

6  1983).

7         The court has reviewed the applicable legal standards and, good cause appearing,

8  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

9  Accordingly, IT IS ORDERED that:

10         1.  The proposed Findings and Recommendations filed March 20, 2013, are

11  ADOPTED;

12         2.  Defendants' motion to dismiss, Dckt. No. 31, is granted; and

13         3.  Plaintiff is granted forty-five days from the date of this order to file a second

14  amended complaint as provided in the March 20, 2013 Findings and Recommendations.  Plaintiff

15  is directed that the second amended complaint must bear the docket number assigned to this case

16  and must be labeled "Second Amended Complaint."  Plaintiff is admonished that failure to

17  timely file a second amended complaint may result in a recommendation that this action be

18  dismissed with prejudice.

19  DATED:    June 26, 2013

20

21           /s/ John A. Mendez
          UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26