IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALISON M. ABELS,

     Plaintiff,                            No. 2:11-cv-2904-JAM-EFB PS

     vs.

BANK OF AMERICA N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS ("MERS"); RECONTRUST COMPANY, N.A; CHARMAINE DUDEVOIR-BOTTINI and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100 inclusive,     ORDER TO SHOW CAUSE

     Defendants.
_____/

    This case, in which plaintiff is proceeding *pro se*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On June 27, 2013, the court dismissed plaintiff's first amended complaint and granted plaintiff forty-five days to file a second amended complaint. ECF No. 42; *see also* ECF No. 39. The court admonished plaintiff that "failure to timely file a second amended complaint may result in a recommendation that this action be dismissed with prejudice." *Id.* at 2.

1

The deadline for plaintiff to file a second amended complaint has now passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's June 27, 2013 order.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before September 6, 2013, plaintiff shall show cause, in writing, why this action should not be dismissed for failure to prosecute and/or for failure to comply with court orders.

2. Also on or before September 6, 2013, plaintiff shall file a second amended complaint, as provided in the March 20, 2013 findings and recommendations and the June 27, 2013 order.

3. Failure of plaintiff to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

4. Defendants shall file a response to plaintiff's second amended complaint within fourteen days from the date a second amended complaint is filed.

Dated: August 21, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE