IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS,<br><br>            Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS ("MERS"); RECONTRUST COMPANY, N.A; CHARMAINE DUDEVOIR-BOTTINI and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100 inclusive,<br><br>            Defendants.<br>_____/ | No. 2:11-cv-2904-JAM-EFB PS<br><br><br><br><br><br><br><br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

This case, in which plaintiff is proceeding *pro se*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On June 27, 2013, the court dismissed plaintiff's first amended complaint and granted plaintiff forty-five days to file a second amended complaint. ECF No. 42; *see also* ECF No. 39. The court admonished plaintiff that "failure to timely file a second amended complaint may result in a recommendation that this action be dismissed with prejudice." ECF No. 42 at 2.

1

The deadline passed and plaintiff failed to file a second amended complaint or otherwise responded to the court's June 27, 2013 order.  Therefore, on August 21, 2013, the undersigned ordered plaintiff to show cause, on or before September 6, 2013, why this action should not be dismissed for failure to prosecute and/or for failure to comply with court orders.  ECF No. 44. Plaintiff was also ordered to file a second amended complaint by September 6, 2013.  *Id*.  The order provided that failure "to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with court orders."  *Id*.

Although the deadline has passed, plaintiff has not filed a response to the order to show cause, nor has she filed a second amended complaint.  Therefore, this action should be dismissed for failure to prosecute and to comply with court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 110.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on plaintiffs' failure to prosecute the action and to comply with court orders; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE