UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS, | No. 2:11-cv-2904-JAM-EFB PS |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA N.A.; U.S. BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS ("MERS"); RECONTRUST COMPANY, N.A; CHARMAINE DUDEVOIR-BOTTINI and all persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud on Plaintiff's title thereto and Does 1 through 100 inclusive, | ORDER |
| Defendants. | |

On June 27, 2013, the court dismissed plaintiff's first amended complaint and granted plaintiff forty-five days to file a second amended complaint.[1] ECF No. 42; *see also* ECF No. 39. The court admonished plaintiff that failure to timely file a second amended complaint may result in a recommendation that this action be dismissed with prejudice. ECF No. 42 at 2.

---

[1] This case, in which plaintiff is proceeding pro se, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21).

1

The deadline passed and plaintiff failed to file a second amended complaint or otherwise respond to the court's June 27, 2013 order. Therefore, on August 21, 2013, the undersigned ordered plaintiff to show cause, on or before September 6, 2013, why this action should not be dismissed for failure to prosecute and/or for failure to comply with court orders. ECF No. 44. Plaintiff was also ordered to file a second amended complaint by September 6, 2013. *Id*. The order provided that "failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with court orders." *Id*.

The deadline passed and plaintiff again failed to respond. Therefore, on October 8, 2013, the undersigned recommended that this action be dismissed based on plaintiff's failure to prosecute the action and failure to comply with court orders. ECF No. 45. On October 22, 2013, plaintiff filed objections to the findings and recommendations. ECF No. 47. In her objections, plaintiff states that she "has undergone several major frustrating circumstances that have restricted her ability to file the ordered Second Amended Complaint." *Id*. at 2. She further states that she has experienced dire economic circumstances that have hindered her ability to comply with this court's orders. *Id*. In light of these representations, plaintiff will be given one final opportunity to file an amended complaint.

Accordingly, it is hereby ORDERED that October 22, 2013 findings and recommendations (ECF No. 45) are held in abeyance, and plaintiff has 30 days to comply with the court's June 27, 2013 order (ECF No. 42). Should plaintiff fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

DATED: October 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2